**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6865**

STEVEN E. TARPLEY,

Plaintiff - Appellant,

v.

J. MICHAEL STOUFFER; BOBBY P. SHEARIN; MARYLAND DEPT. OF
PUBLIC SAFETY; JOHN SANDSTROM; SCOTT OAKLEY; CORRECTIONAL
SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:13-cv-00522-GLR)

Submitted:  November 18, 2014      Decided:  November 20, 2014

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven E. Tarpley, Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven E. Tarpley appeals the district court's order denying his motion to reconsider a prior order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tarpley v. Stouffer, No. 1:13-cv-00522-GLR (D. Md. May 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED